**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 17, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00772-CV

## IN RE DR. ALEX MELVIN WADE, JR., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-35111**

## MEMORANDUM OPINION

October 4, 2019, relator Dr. Alex Melvin Wade, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator, who has been adjudged a vexatious litigant, complains that the Honorable Robert Schaffer, Harris County Administrative Judge, has not ruled on unspecified motions.

Ordinarily, to be entitled to a writ of mandamus, relators must show that the trial court clearly abused its discretion, and that they lack an adequate remedy by appeal. *In re Dawson*, 550 S.W.3d 625, 628 (Tex. 2018) (original proceeding) (per curiam). Relator has not met his burden to provide a sufficient record demonstrating his right to a writ of mandamus. *See Walker v. Packer*, 833, 837 (Tex. 1992) (orig. proceeding).

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.

2